**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIAL P. BLALOCK, JR., | No. 2:21-CV-0962-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PATRICK COVELLO, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 4, which is construed as a motion for issuance of a screening order. Plaintiff's motion is denied as both premature and unnecessary. The motion is premature in that Plaintiff has not yet resolved the fee status for this action. The motion is unnecessary in that the Court is required under the screening provisions of the Prison Litigation Reform Act to issue an order addressing the sufficiency of Plaintiff's complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's request, ECF No. 4, is
2 construed as a motion for issuance of a screening order and, so construed, is denied.

4 Dated:  March 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE