IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIAL P. BLALOCK, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:21-CV-0962-DMC-P<br><br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 12, for a 90-day extension of time to file a first amended complaint.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to research and understand the Court's prior screening order, Plaintiff's motion is granted in part.  Plaintiff shall file a first amended complaint within 60 days of the date of this order.

   IT IS SO ORDERED.

Dated:  November 22, 2022

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE