IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL P. BLALOCK, JR., | No. 2:21-CV-0962-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SIERRA ROBERTS, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to the stipulation signed by all parties, ECF No. 32, California Department of Corrections and Rehabilitation is substituted for Sierra Roberts as the sole defendant to this action, and Sierra Roberts is thereby dismissed. The parties have filed a second stipulation for voluntary dismissal of the entire action as against substituted defendant California Department of Corrections and Rehabilitation, ECF No. 33. Because the stipulation for voluntary dismissal has been signed by all parties who have appeared, leave of Court is not required and the

/ / /

/ / /

/ / /

/ / /

1

action is dismissed on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

        IT IS SO ORDERED.

Dated:  February 11, 2025

                          DENNIS M. COTA
                          UNITED STATES MAGISTRATE JUDGE